**Lorenzo SEGURA, Plaintiff—Appellant,**

v.

**McGUIRE, C/O, Defendant—Appellee.**

**No. 11–15877.**

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 12, 2012.

Lorenzo Segura, Calipatria, CA, pro se.

Misha Igra, Esquire, Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

California state prisoner Lorenzo Segura appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, without prejudice, for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The district court properly dismissed Segura's action because Segura did not properly exhaust administrative remedies before filing his complaint, and failed to show that administrative remedies were effectively unavailable to him. *See Woodford v. Ngo*, 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) ("proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Segura's remaining contentions are unpersuasive.

**AFFIRMED.**

* This disposition is not appropriate for publication and is not precedent except as provided

by 9th Cir. R. 36–3.